# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    Cheryl L. Pollak            DATE :   06/26/2020

DOCKET NUMBER:    91 CR 431 (SJ)            LOG # :   3:12-

DEFENDANT'S NAME :     David Gamali
         Present (via tel)      Not Present      X   Custody         Bail

DEFENSE COUNSEL:      Michael Padden
     X    Federal Defender        CJA           Retained

A.U.S.A:    Devon Lash                CLERK:    M. Sica

Court Reporter :   Sophie Nolan              (Language)

_X_  Defendant arraigned on the:    indictment   superseding indictment  _X_ probation violation

_X_  Defendant pleads NOT GUILTY to ALL counts.

     DETENTION HEARING Held.          Defendant's first appearance.

   _X_  Bond set at   ROR       Defendant _X_ released __ held pending Bail warnings
          satisfaction of bond conditions.
   _X_  Defendant advised of bond conditions set by the Court and signed the bond.
        Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
        (Additional) surety/ies to co-sign bond by _____
        After hearing, Court orders detention in custody.      Leave to reopen granted

     Temporary Order of Detention Issued.   Bail Hearing set for _____

     At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

     Order of Excludable Delay/Speedy Trial entered.   Start_____ Stop _____
     Medical memo issued.

     Defendant failed to appear, bench warrant issued.

     Status conference set for _____ @ _____ before _____

Other Rulings :   All parties appeared via telephone conference.   Probation Officer Michael Imrek present via telephone. The Government and Defense are on consent for the defendant to be released to a Residential program as directed by Probation in California. A conference will be set by the Chambers of the Honorable Sterling Johnson. Arrest warrant in EDNY Vacated