SKW
F. #2020R00790

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                 91-CR-431 (SJ)

DAVID GAMALI,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

           PLEASE TAKE NOTICE that Assistant United States Attorney Sara K. Winik

from this point forward will be added as counsel in the above-captioned matter.

           All future correspondence to the United States in the above-captioned matter

should be sent to:

       Assistant U.S. Attorney Sara K. Winik
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6058
       Email: sara.winik@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sara K. Winik at the email address set forth above.

Dated:   Brooklyn, New York
         September 21, 2020

                                        Respectfully submitted,

                                        SETH D. DuCHARME
                                        Acting United States Attorney

                              By:   /s/ Sara K. Winik
                                    Sara K. Winik
                                    Assistant U.S. Attorney

cc:      Clerk of the Court (SJ)